IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : CASE NO. 3:06mj194

v. :

LAMAR MAYE : <u>ORDER FOR DISMISSAL</u>

- - - - - - - - - - - - - -

For the reason stated on the record in open court today and pursuant to the United States's Oral Motion, Criminal Case Number 3:06mj194 Criminal Complaint and Warrant are hereby dismissed with prejudice.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Margaret M. Quinn
MARGARET M. QUINN (0037956)
Assistant United States Attorney
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Margaret.Quinn @usdoj.gov

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

DATE 8-23-06

SHARON L. OVINGTON
U.S. Magistrate Judge